**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1940**

DORA L. ADKINS,

               Plaintiff - Appellant,

         v.

HBL, LLC,

               Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:17-cv-00774-TSE-TCB)

Submitted:  November 16, 2017                           Decided:  November 20, 2017

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals from five district court orders entered in her unsuccessful civil action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Adkins v. HBL, LLC*, No. 1:17-cv-00774-TSE-TCB (E.D. Va. filed July 18, 2017 & entered July 19, 2017; filed July 25, 2017 & entered July 26, 2017; filed Aug. 1, 2017 & entered Aug. 2, 2017; Aug. 2, 2017; Aug. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*